UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ARTUR SHAHNAZARYAN,<br><br>        Defendant. | CASE NO. CR25-201-TL<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with conspiracy to distribute controlled substances and possession of a controlled substance with intent to distribute. If convicted as charged, defendant faces a mandatory minimum sentence of five years of imprisonment. The allegations carry a rebuttable presumption that Defendant is both a flight risk and a danger to the community. The Court finds Defendant has failed to overcome this presumption.

The government alleges Defendant and others engaged in large scale drug trafficking. The government proffered in its memo support of detention that Defendant was observed in a

DETENTION ORDER - 1

1 | drug transaction involving a backpack. Following a search of Defendant's backpack, controlled
2 | substances were found and confiscated. The evidence against Defendant appears strong.
3 |       According to the pretrial investigation, Defendant was born in Armenia and is a citizen
4 | and national of that country. When agents arrested Defendant, he appeared to be under the
5 | influence of some substance. Defendant's prior contacts with law enforcement indicate he has
6 | substance use problems. In 2012 he was arrested for possessing drug paraphernalia, and in 2014
7 | and 2017 he was arrested and charged with driving under the influence. The pretrial report
8 | indicates Defendant acknowledges substance problems and also indicates he has failed to appear
9 | for past court appearances resulting in warrants for his arrest being issued.
10 |       The pretrial report further indicates in early 2024, Defendant was charged with felony
11 | Burglary and Theft of a Motor Vehicle. The charges are still pending and while they were
12 | pending, the government alleges Defendant engaged in the instant drug trafficking activities.
13 |       It is therefore **ORDERED**:
14 |       (1)    Defendant shall be detained pending trial and committed to the custody of the
15 | Attorney General for confinement in a correctional facility separate, to the extent practicable,
16 | from persons awaiting or serving sentences, or being held in custody pending appeal;
17 |       (2)    Defendant shall be afforded reasonable opportunity for private consultation with
18 | counsel;
19 |       (3)    On order of a court of the United States or on request of an attorney for the
20 | Government, the person in charge of the correctional facility in which Defendant is confined
21 | shall deliver the defendant to a United States Marshal for the purpose of an appearance in
22 | connection with a court proceeding; and
23 |

DETENTION ORDER - 2

(4)     The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 18th day of November, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 3